# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 23-00536

**Case Name:** EAMOTION, LLC

**For Period Ending:** 09/30/2023

**Trustee Name:** (620060) David G. Rogers

**Date Filed (f) or Converted (c):** 02/15/2023 (f)

**§ 341(a) Meeting Date:** 03/13/2023

**Claims Bar Date:** 05/18/2023

| 1<br>Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 235.00 | 235.00 | | 0.00 | FA |
| 2 | Account at City National Bank - Checking | 0.00 | 0.00 | | 0.00 | FA |
| 3 | A/R Over 90 days old. Face amount = $0.00. Doubtful/Uncollectible accounts = $0.00. | Unknown | Unknown | | 0.00 | FA |
| 4 | BUSINESS EQUIPMENT - SEE ATTACHED. | 47,102.50 | 47,102.50 | | 6,711.10 | FA |
| 5 | Settlement of potential preference adversary v. AMEX (u) | 0.00 | 115,000.00 | | 115,000.00 | FA |
| **5** | **Assets          Totals**     (Excluding unknown values) | **$47,337.50** | **$162,337.50** | | **$121,711.10** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

| | |
|---|---|
| **Case No.:** 23-00536 | **Trustee Name:** (620060) David G. Rogers |
| **Case Name:** EAMOTION, LLC | **Date Filed (f) or Converted (c):** 02/15/2023 (f) |
| | **§ 341(a) Meeting Date:** 03/13/2023 |
| **For Period Ending:** 09/30/2023 | **Claims Bar Date:** 05/18/2023 |

**Major Activities Affecting Case Closing:**

***ANNUAL REPORT 2023***

Tax returns must be prepared (CPA hired) and then fee applications for the CPA and attorney for trustee

***EQUIPMENT***

Auctioneer believes that selling all equipment in one lot is best. The debtor advises that there is no rent for storage of equipment.

Auction conducted and $6711.10 was the gross sale.

***SETTLEMENT AMEX***

Order signed approving settlement with AMEX - $115,000

***PROCEDURAL HISTORY***

2/17/23 - motion hire DR as attorney for trustee
3/15/23 - order entered hiring DR as attorney
3/15/23 - motion hire auctioneer
3/15/23 - motion auction equipment
4/11/23 - order sale equipment
5/8/23 - motion pay DR as atty
5/8/23 - motion C&S AMEX
5/11/23 - motion C&S Lighthouse
6/2/23 - order approving C&S with AMEX
7/6/23 - motion hire CPA
7/31/23 - order approving CPA employment

***TAX ***

2023 Partnership return and TN F&E return filed.

Initial Projected Date Of Final Report (TFR): 06/28/2024    Current Projected Date Of Final Report (TFR): 06/28/2024

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 23-00536  **Trustee Name:** (620060) David G. Rogers
**Case Name:** EAMOTION, LLC  **Date Filed (f) or Converted (c):** 02/15/2023 (f)
 **§ 341(a) Meeting Date:** 03/13/2023
**For Period Ending:** 09/30/2023  **Claims Bar Date:** 05/18/2023

10/27/2023  /s/David G. Rogers
_____  _____
Date  David G. Rogers